IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

## CAPITAL CASE

SEDRICE MAURICE SIMPSON                                                                PETITIONER

v.                             No. 5:04-CV-00429 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the respondent. Sedrice Maurice Simpson's petition is hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE