# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SEDRICE MAURICE SIMPSON            PETITIONER

v.            Case No. 5:04CV00429 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction            RESPONDENT

## ORDER

Pending before the Court is respondent's motion for leave to issue a subpoena to obtain medical records from Conway Regional Medical Center regarding treatment the petitioner received for injuries he sustained in a car accident in 1994. Without objection, the motion is GRANTED. Document #66.

IT IS SO ORDERED this 23rd day of July, 2009.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE